```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
MILLER INVESTMENT TRUST,                      :
                         Plaintiff,           :
                                              :          12 Civ. 4997 (LGS)
            -against-                         :
                                              :          ORDER
THE RANDI AND CLIFFORD LANE                   :
FOUNDATION, et al.,                           :
                         Defendants.          :
                                              :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/14
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court held a case management conference in this action on February 7, 2014.

It is hereby **ORDERED** that the parties shall file a joint letter advising the Court of the status of discovery no later than **May 8, 2014**.

SO ORDERED.

Dated: February 10, 2014
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE