

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2014

Jonathan Horne, Esq.
jhorne@rosenlegal.com

April 15, 2014

**BY EMAIL**
The Hon. Lorna Schofield
United States District Judge
40 Foley Square
Thurgood Marshall
United States Courthouse
New York, New York, 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/14

Re:  *Miller Investment Trust v. Chen*, 12-CV-4997-LGS

Dear Judge Schofield:

We represent Plaintiffs in the above-referenced case. We will write to the Court seeking its resolution of a discovery, namely whether certain facts and documents are privileged. The letter we will provide to the Court does not exceed three single-spaced pages. But because the Court's determination may depend upon the specific evidence marshaled by the parties, we believe that presenting the Court deposition transcripts containing the specific questions Plaintiffs sought to have answered and a purportedly privileged memorandum will assist it. Plaintiffs request to exceed the page limits by including these documents, totaling 11 pages of text, as exhibits. This is the first request to exceed page limits in connection with this pre-motion conference.

Respectfully submitted,
/s/_____
Jonathan Horne, Esq.

cc: All counsel of record (by email)

Application granted.  Plaintiffs may file up to 11 pages in exhibits accompanying their proposed pre-motion letter.

Dated: April 17, 2014
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827